THOMAS MARC LITTON, ESQ. (Cal. Bar No. 119985)
LAW OFFICES OF THOMAS MARC LITTON
1388 Sutter Street, Suite 605
San Francisco, California 94109
Telephone: (415) 421-4774
Facsimile: (415) 421-4784
Attorneys for Plaintiff Deena FreemanGrove

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| DEENA FREEMANGROVE,<br><br>PLAINTIFF,<br><br>v.<br><br>CHILDTIME LEARNING CENTERS, INC.;<br>TUTOR TIME LEARNING CENTERS, L.L.C.;<br>LEARNING CARE GROUP, INC., LYNN<br>NICHTER, DOES 1 to 20, inclusive and each of them,<br><br>DEFENDANTS. | Case No. 8:16-cv-00745-JVS-JEM<br>[Assigned to District Judge James V. Selna, Courtroom 10C; Magistrate Judge John E. McDermott]<br>**ORDER GRANTING MOTION FOR REMAND**<br><br>**Hearing:**<br>**Date: June 27, 2016**<br>**Time: 1:30pm**<br>**Courtroom: 10C** |

**[Proposed] Order Granting Motion for Remand**                                            Page 1

TO ALL PARTIES AND COUNSEL OF RECORD:

This matter came on regularly for a hearing in Courtroom 10C of this Court on June 27, 2016 on Plaintiff's Motion for Remand.

In accordance with the Court's "Order GRANTING Plaintiff's Motion to Remand and DENYING Defendant's Motion to Dismiss," (Docket No. 36), the Court hereby grants plaintiff's motion and further orders that this case be remanded to the California Superior Court, County of Orange.

DATED: June 30, 2016

_____
James V. Selna,
U.S. District Court Judge